# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-13851-AMC

EUGENE J BRYAN

2531 E. DAUPHIN STREET

PHILADELPHIA, PA 19125

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    EUGENE J BRYAN

    2531 E. DAUPHIN STREET

    PHILADELPHIA, PA 19125

**Counsel for debtor(s), by electronic notice only.**
    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                         /s/ William C. Miller

Date: 9/14/2018

                         _____
                         William C. Miller, Esquire
                         Chapter 13 Standing Trustee