United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugene J. Bryan  
      Debtor

Case No. 18-13851-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　　User: YvetteWD　　　　Page 1 of 1　　　　Date Rcvd: Nov 05, 2018  
　　　　　　　　　　　　　　Form ID: trc　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2018.  
　NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14183383　　　　E-mail/Text: bankruptcy.bnc@ditech.com Nov 06 2018 02:40:34  
　　　　Ditech Financial LLC FKA Green Tree Servicing LLC,   Ditech Financial LLC,  
　　　　Bankruptcy Dept., P.O. Box 6154,   Rapid City SD 57709-6154  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

　　　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2018 at the address(es) listed below:  
　　CHRISTIAN A. DICICCO    on behalf of Debtor Eugene J. Bryan cdicicco@myphillybankruptcylawyer.com, christianadicicco@gmail.com;r57075@notify.bestcase.com  
　　JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
　　REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com  
　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
　　WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13851-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Eugene J. Bryan
2531 East Dauphin Street
Philadelphia PA 19125

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/05/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Ditech Financial LLC FKA Green Tree Servicing LLC, Ditech Financial LLC, Bankruptcy Dept., P.O. Box 6154, Rapid City SD 57709-6154 | Wilmington Savings Fund Society, FSB<br>c/o Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/07/18

Tim McGrath
**CLERK OF THE COURT**