### IN THE UNITED STATES BANKRUPTCY COURT
### FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Eugene J. Bryan | : | |
| Debtor | : | Case. No.: 18-13851-amc |

### PRAECIPE TO WITHDRAW

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Documents #20 and #21, Objection to Claim Number 3 and Notice of Objection to Proof of Claim and Hearing Date and related attachments thereto, all of which were filed on November 12, 2018 by Counsel for Debtor in error.

Respectfully submitted,

/s/ *Christian A. DiCicco, Esquire*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
(ph.) 215-564-6812
Counsel for Debtor

**Dated:** November 13, 2018