### IN THE UNITED STATES BANKRUPTCY COURT
### FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Eugene J. Bryan | : | |
| Debtor | : | Case. No.: 18-13851-amc |

### CERTIFICATE OF SERVICE

I, hereby certify that on November 15, 2018, I caused a copy of the foregoing Objection to Proof of Claim No. 3 and the Notice of Objection to Proof of Claim, Response Deadline and Hearing Date to be served upon the parties identified below by electronic mail to the following:

    LVNV Funding, LLC
    c/o Resurgent Capital Services
    Attn:  David Lamb
    askbk@resurgent.com

    William C. Miller, Esquire
    Standing Chapter 13 Trustee

    United States Trustee

and by mailing complete copies by Certified, First Class, U.S. Mail, Postage Prepaid, to the following:

    LVNV Funding, LLC
    c/o Resurgent Capital Services
    Attn:  David Lamb
    PO Box 10587
    Greenville, SC 29603-0587

Respectfully Submitted,

By: */s/ Christian A. DiCicco*
Christian A. DiCicco, Esquire
Law Offices of Christian A. DiCicco, LLC
2008 Chestnut Street
Philadelphia, PA 19103
215-564-6812

Dated: November 15, 2018            Attorney for Debtor