**IN THE UNITED STATES BANKRUPTCY COURT**
**FORTHE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Eugene J. Bryan | : | |
| Debtor | : | Case. No.: 18-13851-amc |

**CERTIFICATE OF SERVICE**

    I, hereby certify that on November 15, 2018, I caused a copy of the foregoing Objection to Proof of Claim No. 3 and the Notice of Objection to Proof of Claim, Response Deadline and Hearing Date to be served upon the parties identified below by electronic mail to the following:

        LVNV Funding, LLC
        c/o Resurgent Capital Services
        Attn:  David Lamb
        askbk@resurgent.com

        William C. Miller, Esquire
        Standing Chapter 13 Trustee

        United States Trustee

    and by mailing complete copies by Certified, First Class, U.S. Mail, Postage Prepaid, on November 16, 2018, to the following:

        Resurgent Capital Services
        Attn:  David Lamb
        PO Box 10587
        Greenville, SC 29603-0587
        [7014287000018906]

        Respectfully Submitted,

        By: */s/ Christian A. DiCicco*
        Christian A. DiCicco, Esquire
        Law Offices of Christian A. DiCicco, LLC
        2008 Chestnut Street
        Philadelphia, PA 19103
        215-564-6812

Dated: November 16, 2018        Attorney for Debtor