# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Eugene J. Bryan
      Bankruptcy No. 18-13851AMC
      Adversary No.
      Chapter      13

Date:  November 21, 2018

To:      CHRISTIAN A. DICICCO
          2008 Chestnut Street
          Philadelphia, PA 19103

## **NOTICE OF INACCURATE FILING**

Re: Notice of Objection to claim Number 3

The above pleading was filed in this office on **November 15, 2018 .**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

- ( )    Debtor's name does not match case number listed
- ( )    Debtor's name and/or case number (is) are missing
- ( )    Wrong PDF document attached
- ( )    PDF document not legible
- (XX)  Notice of Motion/Objection - Wrong document attached-
- ( )    Electronic Signature missing
- ( )    Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                        Timothy B. McGrath
                        Clerk

                        By: **Y. Woods**
                        Deputy Clerk