# IN THE UNITED STATES BANKRUPTCY COURT
## FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|   Eugene J. Bryan | : | |
|       Debtor | : | Case. No.: 18-13851-amc |
| | : | |
| | : | **HEARING SET FOR** |
| | : | **December 11, 2018** |
| | : | **AT 11:00 A.M.** |
| | : | **COURTROOM #4** |
| | : | **Robert N.C. Nix, Sr.** |
| | : | **Federal Courthouse** |
| | : | **900 Market Street** |
| | : | **Philadelphia, PA 19107** |

## NOTICE OF OBJECTION TO PROOF OF CLAIM, RESPONSE DEADLINE AND HEARING DATE

Debtor, by and through his counsel, Christian A. DiCicco, has filed an Objection to the Proof of Claim you filed in this bankruptcy case (the "Objection").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Objection or if you want the court to consider your views on the Objection, then on or before 21 days from the dated listed hereunder, you or your attorney must do **all** of the following:

    (a) File an Answer explaining your position at:

    Office of the Clerk of Court
    U.S. Bankruptcy Court
    900 Market Street
    Philadelphia, PA 19107-2800

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) Mail a copy to the Debtor's attorney:

    Christian A. DiCicco, Esquire
    Law Offices of Christian A. DiCicco, LLC

>2008 Chestnut Street
>Philadelphia, PA 19103
>(215) 564-6812 Phone
>(215) 564-6814 Fax

2.　If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.　A hearing on the Objection is scheduled to be held before **the Honorable Ashely M. Chan, on December 11, 2018 at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107**. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed factual issues in the manner directed by Fed. R. Bank. P. 9014(d).

4.　If a copy of the Objection is not enclosed, a copy of the Objection will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.　You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

>By: */s/ Christian A. DiCicco*
>Christian A. DiCicco, Esquire
>Law Offices of Christian A. DiCicco, LLC
>2008 Chestnut Street
>Philadelphia, PA 19103
>215-564-6812

Dated: November 15, 2018　　　　　　　　　　Attorney for Debtor