IN THE UNITED STATES BANKRUPTCY COURT
FORTHE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Eugene J. Bryan | : | |
| Debtor | : | Case. No.: 18-13851-amc |

### ORDER

AND NOW, this  12th   day of  December        , 2018, upon consideration of Debtor's Objection to the Proof of Claim filed by LVNV Funding, LLC its successors and assigns as assignees of MHC Receivables, LLC ("Claimant") on July 24, 2018, which is Proof of Claim No. 3,

IT IS HEREBY ORDERED, that the Proof of Claim of LVNV Funding, LLC its successors and assigns as assignees of MHC Receivables, LLC (Claim No. 3) is disallowed in its entirety and hereby stricken.

BY THE COURT

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

cc:

Christian A. DiCicco, Esq.
2008 Chestnut Street
Philadelphia, PA 19103

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

William C. Miller, Esquire
Standing Chapter 13 Trustee
1234 Market Street, Suite 18-341

Philadelphia, PA 19107
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107