United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-13851-amc
Eugene J. Bryan                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 1            Date Rcvd: Dec 12, 2018
                               Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2018.
db             +Eugene J. Bryan,    2531 East Dauphin Street,    Philadelphia, PA 19125-3645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
               E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2018 03:06:27     LVNV Funding, LLC,
                c/o Resurgent Capital Services,    Attn: David Lamb,    PO BOX 10587,
                Greenville, SC  29603-0587
                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2018 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Eugene J. Bryan cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FORTHE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
|    Eugene J. Bryan | : | |
|        Debtor | : | Case. No.: 18-13851-amc |

**ORDER**

AND NOW, this  12th  day of  December , 2018, upon consideration of Debtor's Objection to the Proof of Claim filed by LVNV Funding, LLC its successors and assigns as assignees of MHC Receivables, LLC ("Claimant") on July 24, 2018, which is Proof of Claim No. 3,

IT IS HEREBY ORDERED, that the Proof of Claim of LVNV Funding, LLC its successors and assigns as assignees of MHC Receivables, LLC (Claim No. 3) is disallowed in its entirety and hereby stricken.

BY THE COURT

_____
Hon. Ashely M. Chan
United States Bankruptcy Judge

cc:

Christian A. DiCicco, Esq.
2008 Chestnut Street
Philadelphia, PA 19103

LVNV Funding, LLC
c/o Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

William C. Miller, Esquire
Standing Chapter 13 Trustee
1234 Market Street, Suite 18-341

Philadelphia, PA 19107
United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107