IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re: :
: In Chapter 13
EUGENE J. BRYAN, :
: Bankruptcy No. 18-13851 (AMC)
Debtor. :
-------------------------------------------------------x

# **PRAECIPE TO WITHDRAW OBJECTION TO THE CONFIRMATION OF THE PLAN**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to the Confirmation of the Plan Docket #30 filed by the City of Philadelphia on December 4, 2018.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: April 15, 2019    By:    /s/ Pamela Elchert Thurmond
PAMELA ELCHERT THURMOND
Deputy City Solicitor
PA Attorney I.D. 202054
City of Philadelphia Law Department
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102-1595
215-686-0508 (phone)
215-686-0588 (facsimile)
Email: Pamela.Thurmond@phila.gov