United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13851-amc
Eugene J. Bryan                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 2          Date Rcvd: Apr 22, 2019
                             Form ID: 152            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2019.
db            +Eugene J. Bryan,    2531 East Dauphin Street,   Philadelphia, PA 19125-3645
14119908     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998)
14119909      +Beneficial Mutual Savings,   Beneficial Mutual Savings,    530 Walnut St., Attn: Bankruptcy,
               Philadelphia, PA 19106-3624
14119910     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,   DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   Po Box 5010,
               Woodland Hills, CA 91365)
14119911      +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14119913      +Credit Acceptance,   25505 West 12 Mile Rd,   Suite 3000,   Southfield, MI 48034-8331
14119915      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
14119917      +PGW,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14119918      +Phelan, Hallinan, Diamond & Jones LLP,   Attn: Elizabeth M. Bennett, Esq.,
               1617 JFK Boulevard, Suite 1400,   Philadelphia, PA 19103-1814
14195943      +Rushmore Loan Management Service,   as servicer for Wilmington Savings Fund,
               c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14165665      +William E. Craig, Esq.,   Morton & Craig, LLC,   Atty for Credit Acceptance Corporation,
               110 Marter Ave.,   Suite 301,   Moorestown, NJ 08057-3124
14225096      +Wilmington Savings Fund Society, FSB,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:36   City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2019 02:21:21
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 23 2019 02:21:31    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14119912       E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:36   City of Philadelphia,
               Law Dept. Tax Unit,   One Parkway Bldg. - Bankruptcy Group,   1515 Arch Street, 15th Floor,
               Philadelphia, PA 19102-1595
14236169       E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:36   City of Philadelphia,
               Law Department  Tax & Revenue Unit,   Bankruptcy Group, MSB,
               1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1595
14242436      +E-mail/Text: megan.harper@phila.gov Apr 23 2019 02:21:36   City of Philadelphia,
               City of Philadelphia and/or Water Revenue Bureau,   c/o PAMELA ELCHERT THURMOND,
               Municipal Services Building,   1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1617
14119914      +E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 02:21:13   Ditech Financial LLC,
               Attn: Bankruptcy,   Po Box 6172,   Rapid City, SD 57709-6172
14183383       E-mail/Text: bankruptcy.bnc@ditech.com Apr 23 2019 02:21:13   Ditech Financial LLC,
               Ditech Financial LLC FKA Green Tree Servicing LLC,   Ditech Financial LLC,
               Bankruptcy Dept., P.O. Box 6154,   Rapid City SD 57709-6154
14170202       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 23 2019 02:19:15
               LVNV Funding, LLC its successors and assigns as,   assignee of MHC Receivables, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14119916      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 23 2019 02:21:14    PECO,
               2301 Market Street, N3-1,   Philadelphia, PA 19103-1380
14120570      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2019 02:19:14
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 11

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0313-2          User: YvetteWD          Page 2 of 2          Date Rcvd: Apr 22, 2019
                             Form ID: 152            Total Noticed: 23

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Eugene J. Bryan cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Eugene J. Bryan

    Debtor(s)

Case No: 18−13851−amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/11/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court