IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EUGENE J. BRYAN )<br>**Debtor(s)** )<br> )<br>CREDIT ACCEPTANCE CORPORATION )<br>**Moving Party** )<br> )<br>v. )<br> )<br>EUGENE J. BRYAN )<br>**Respondent(s)** )<br> )<br>WILLIAM C. MILLER )<br>**Trustee** )<br> )<br> ) | CHAPTER 13<br><br>Case No.: 18-13851 (AMC) |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about August 28, 2019 in the above matter is APPROVED.

Dated: **September 4, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE