United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Eugene J. Bryan  
     Debtor

Case No. 18-13851-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: SaraR                  Page 1 of 1                  Date Rcvd: Sep 04, 2019
                            Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
```
db             +Eugene J. Bryan,    2531 East Dauphin Street,    Philadelphia, PA 19125-3645
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: megan.harper@phila.gov Sep 05 2019 03:04:59     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA   19102
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 05 2019 03:13:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
```
              CHRISTIAN A. DICICCO    on behalf of Debtor Eugene J. Bryan cdicicco@myphillybankruptcylawyer.com,
               christianadicicco@gmail.com;r57075@notify.bestcase.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
                Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: EUGENE J. BRYAN<br>**Debtor(s)** | )<br>)<br>) CHAPTER 13 |
| CREDIT ACCEPTANCE CORPORATION<br>**Moving Party** | )<br>) Case No.: 18-13851 (AMC)<br>) |
| v. | )<br>) |
| EUGENE J. BRYAN<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>)<br>)<br>) |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Objection To Confirmation, and filed on or about August 28, 2019 in the above matter is APPROVED.

Dated:    **September 4, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE