# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-13851-ELF

EUGENE J BRYAN

2531 E. DAUPHIN STREET

PHILADELPHIA, PA 19125

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EUGENE J BRYAN

2531 E. DAUPHIN STREET

PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

CHRISTIAN A DICICCO
2008 CHESTNUT ST

PHILADELPHIA, PA 19103

Date: 9/29/2020

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee