**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                          Chapter 13

                          Bankruptcy No. 18-13851-ELF

EUGENE J BRYAN

2531 E. DAUPHIN STREET

PHILADELPHIA, PA 19125

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EUGENE J BRYAN

    2531 E. DAUPHIN STREET

    PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

    CHRISTIAN A DICICCO
    2008 CHESTNUT ST

    PHILADELPHIA, PA 19103

Date: 9/13/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee